

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00145-CR

**IN RE Jimmy Wayne COOK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: March 18, 2020

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

On March 6, 2020, relator filed a pro se petition for writ of mandamus asking this court to order the Bexar County District Attorney "to terminate its policy of denying discovery until after indictment and to produce discovery as soon as practicable." This court does not have jurisdiction to issue writs of mandamus against a district attorney unless it is necessary to enforce our own jurisdiction. *See* TEX. GOV'T CODE § 22.221(a), (b) (authorizing court of appeals to issue writs of mandamus against district and county judges within appellate court's geographic jurisdiction or when necessary to enforce appellate court's jurisdiction). Relator is not complaining about actions in an appeal pending in this court; therefore, we lack jurisdiction to act against the district attorney. Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2016CR4105, styled *The State of Texas v. Jimmy Wayne Cook*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.